# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**vs.**                                                    **NO: 1:07CR98-B-D**

**NICK YARRITO**

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTING COUNSEL

This cause comes before the court on motion of Defendant's counsel, William F. Travis, seeking permission to withdraw as counsel of record for defendant, Nick Yarrito. Counsel believes that due to irreconcilable differences, it would be in the best interest of Mr. Yarrito to have other counsel.

After reviewing said motion, the Court is of the opinion that the motion to withdraw should be granted, and the Federal Public Defender is hereby appointed as counsel of record for the defendant.

**SO ORDERED**, this, the   10th   day of June, 2008.

                                         s/Neal Biggers
                                         SENIOR UNITED STATES DISTRICT JUDGE